Eastern District of Kentucky
FILED
JUN 20 2024
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

UNITED STATES OF AMERICA

V.                                                            INFORMATION NO. 7:24-CR-09-KKC
                                                              21 U.S.C. § 846

DON V. BRYSON

\* \* \* \* \*

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### 21 U.S.C. § 846

1.   In or around September 2021, in Johnson County, in the Eastern District of Kentucky,

**DON V. BRYSON**

knowingly and intentionally conspired and agreed with at least one other person to distribute and dispense Schedule II controlled substances in an unauthorized manner in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

### FORFEITURE ALLEGATIONS
### 21 U.S.C. § 853

1.   By virtue of the commission of the felony offense alleged in this Information, **DON V. BRSYON** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violation of 21 U.S.C. § 846 and any and all property constituting proceeds obtained directly or indirectly as a

result of the commission of such violation. Any and all interest that **DON V. BRYSON** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. The property to be forfeited includes, but is not limited to, the following:

**REAL PROPERTY:**
Real property known as 509 10th Street, Paintsville, Kentucky 41240.

3. If any of the property listed above, as a result of any act or omission of the Defendant, (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

_____
**CARLTON S. SHIER IV**
**UNITED STATES ATTORNEY**

## **PENALTIES**

**COUNT1:**   Not more than 20 years imprisonment, a fine of not more than $1,000,000, and supervised release of at least 3 years.

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Restitution, if applicable.

**PLUS:**   Forfeiture of listed items.